No. 73–6992.  PENNYWELL v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 73–6997.  WALKER v. HUNT ET AL.  C. A. 5th Cir. Certiorari denied.

No. 73–7039.  GLORIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–7045.  ROMERO ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–7049.  REYES v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 73–7050.  HOLLAND v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–7061.  REED v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 73–7069.  BROWN v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 73–7084.  KIBERT v. SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 73–7099.  GODIN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–7101.  JOYNER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–7108.  CARD v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 73–7118.  HILL v. PACE, SHERIFF.  Sup. Ct. Va. Certiorari denied.

No. 74–3.  ANDERSON ET AL. v. TRIMBLE, DISTRICT ATTORNEY OF CLEVELAND COUNTY, ET AL.  Sup. Ct. Okla. Certiorari denied.